No. 440, Misc.   CREBS v. SUPREME COURT OF KANSAS. Motion for leave to file petition for writ of mandamus denied.

No. 461, Misc.   TALL v. ILLINOIS.   Application denied.

No. 479, Misc.   IN RE O'NEILL.   Motion for leave to file petition for writ of mandamus denied.

No. 484, Misc.   LAPKA v. UNITED STATES.   Application denied.

No. 732.   KLAPPROTT v. UNITED STATES.   C. C. A. 3d. Certiorari granted.   *P. Bateman Ennis, W. Clifton Stone* and *Morton Singer* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 623.   DeLANO v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   *Frank L. Blackman* for petitioner.   *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *H. H. Warner* and *Daniel J. O'Hara,* Assistant Attorneys General, for respondent.

No. 661.   RANDOLPH ET AL. v. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL.; and
No. 711.   MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. v. RANDOLPH ET AL.   C. C. A. 8th.   Certiorari denied. *Clif Langsdale* and *Clyde Taylor* for petitioners in No. 661.   *C. S. Burg, M. E. Clinton* and *Ellison A. Neel* for petitioners in No. 711 and respondents in No. 661.   *R.*